```
MIME-Version:1.0
From:cmecf_iasd@iasd.uscourts.gov
To:Courtmail@localhost.localdomain
Message-Id:<4083467@iasd.uscourts.gov>
Subject:Activity in Case 4:25-cr-00101-SMR-HCA *SEALED* Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

### U.S. District Court

### Southern District of Iowa

## Notice of Electronic Filing

The following transaction was entered on 11/13/2025 at 9:27 AM CST and filed on 11/13/2025

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 4:25-cr-00101-SMR-HCA *SEALED* |
| **Filer:** | |
| **Document Number:** | 49 |

**Docket Text:**
**TEXT ORDER granting [47] the Government's Motion to Stay Order of Release Pending Appeal. The order releasing Defendant Jose Alfredo Moreno Hernandez is STAYED pending review by the District Court pursuant to 18 U.S.C. � 3145(a)(1). Defendant shall remain in the custody of the United States Marshals Service pending further order of the Court. Signed by Chief Judge Stephanie M. Rose on 11/13/2025.(pll)**

**4:25-cr-00101-SMR-HCA *SEALED*-2 Notice has been electronically mailed to:**

Jason T. Griess     sara.thomsen@usdoj.gov, usaias.nefcb@usdoj.gov, dawn.thomas@usdoj.gov, janna.colvin@usdoj.gov, jason.griess2@usdoj.gov, caseview.ecf@usdoj.gov, madison.lancaster@usdoj.gov, usaias.nefcriminal@usdoj.gov

**4:25-cr-00101-SMR-HCA *SEALED*-2 Notice has been delivered by other means to:**

### REDACTED NOTICE FOLLOWS

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

## U.S. District Court

## Southern District of Iowa

## Notice of Electronic Filing

The following transaction was entered on 11/13/2025 at 9:27 AM CST and filed on 11/13/2025
**Case Name:**         Sealed v. Sealed
**Case Number:**       [4:25-cr-00101-SMR-HCA *SEALED*](#) (Requires CM/ECF login)
**Filer:**             Redacted
**Document Number:** Sealed

**Docket Text:**
**Redacted due to sealed restriction. Docket text can be viewed via the unredacted NEF receipt available [here](#).** (Requires CM/ECF login)